IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY, | No. C-06-1262 MMC |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| HILLTOP-BUICK-PONTIAC-GMC, INC., et al., | |
| Defendants | |

On February 1, 2007, the ADR Case Administrator notified the Court that the parties had cancelled the mediation set for February 9, 2007, in light of their having reached an agreement in principle. (See Docket Entry, dated February 1, 2007.) To date, no dismissal has been filed in light of the settlement, nor have the parties otherwise advised the Court as to the status of the case.

Accordingly, the parties are hereby directed to attend a status conference on April 6, 2007, at 10:30 a.m., and to file a joint status conference statement no later than March 30, 2007.

**IT IS SO ORDERED.**

Dated: March 8, 2007

MAXINE M. CHESNEY
United States District Judge