1 | **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
2 | David C. Wakefield, Esq.   Bar #: 185736
3033 Fifth Avenue, Suite 410
3 | San Diego, CA  92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>            Plaintiff,<br><br>     v.<br><br>HILLTOP BUICK-PONTIAC-GMC, INC.; WARREN E. MARTIN AND ALICE M. MARTIN TRUST; WARREN E. MARTIN, TRUSTEE OF THE WARREN E. MARTIN AND ALICE M. MARTIN TRUST; ALICE M. MARTIN, TRUSTEE OF THE WARREN E. MARTIN AND ALICE M. MARTIN; And DOES 1 THROUGH 10, Inclusive<br><br>                    Defendants. | Case No.:  C06-1262 MMC<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///
///

1   Case Number: C06-1262 MMC

Document Date: February 1, 2007

1  **IT IS HEREBY ORDERED,** pursuant to the Stipulated Dismissal With Prejudice Of
2  All Defendants on file herein, that Defendants HILLTOP BUICK-PONTIAC-GMC, INC.;
3  WARREN E. MARTIN AND ALICE M. MARTIN TRUST; WARREN E. MARTIN,
4  TRUSTEE OF THE WARREN E. MARTIN AND ALICE M. MARTIN TRUST; and ALICE
5  M. MARTIN, TRUSTEE OF THE WARREN E. MARTIN AND ALICE M. MARTIN are
6  dismissed with prejudice from Plaintiffs' Complaint, Case Number: C06-1262 MMC.
7  Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.
8  **IT IS SO ORDERED.**

Dated: March 9, 2007

_____
HONORABLE  MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

2    Case Number: C06-1262 MMC

Document Date: February 1, 2007